Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

U.S. DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,

    Plaintiff,

vs.

SHOPIFY (USA) INC.

LEWIS & LIN LLC

ALL OPERATING CORPORATIONS AND LLC'S FOR SHOPIFY

    Defendants

Case No.:

EMERGENCY MOTION TO STAY

FILED SCRANTON FEB 21 2025 PER _____ DEPUTY CLERK

1. On the 13th of February a court order was issued to Shopify regarding Frank Tufano's online store "frankie-free-range-meats.myshopify.com."

2. The LLC stated in the court order "Frankie's Free Range Meat," is not Frank Tufano's business, however the attorney Davis Lin of "Lewis & Lin LLC," fraudulently used the court order to request information from Frank Tufano's online store.

3. "Frankie's Free Range Meat LLC," is a Delaware Entity that was Voluntarily Cancelled on 9/8/2021 according to the Delaware Secretary of State.

4. Frank Tufano's online business operates under a separate LLC not in the state of Delaware.

EMERGENCY MOTION TO STAY - 1

5. Despite Frank Tufano's efforts to communicate this to Shopify and file several new lawsuits as well as motions in the relevant case, Shopify sent an email to Frank Tufano on 2/21/2025 stating that they would produce the information to "Lewis & Lin LLC," on February 28, 2025.

6. Frank Tufano requests that all current actions in the case which the Court Order was issued "Saladino, MD v. Frank Tufano No. 7:2020cv09346," be stayed until a determination is made on the fraudulent misconduct.

7. Frank Tufano requests that a court order be issued to Shopify to prevent and information being furnished to Lewis & Lin LLC due to the fraudulent nature of the request.

8. Frank Tufano requests that this motion be heard on Tuesday, February 25, 2025. Due to the urgent nature of the case.

Dated: Friday, February 21, 2025

By:   /s/ Frank Tufano

Frank Tufano

EMERGENCY MOTION TO STAY - 2